JOHN A. CONQUEST et al., Appellants, *v.* FREDERICK E. BARNES, Impleaded, etc., Respondent.

(Submitted June 2, 1890; decided June 17, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 1, 1889,

which reversed an order of Special Term striking out an amended answer.

*Marquis D. Curtis* for appellants.

*Howard Y. Stillman* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.  ⸺⸺⸺